UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-24-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER TO UNSEAL CASE** |
| v. | ) | **IN ITS ENTIRETY** |
| | ) | |
| BRUTA LETRELLE MURRELL, ET AL | ) | |

Upon Motion of the United States, it is hereby ORDERED that the above-captioned case be unsealed in its entirety.

This the 11 day of June, 2020.

_____
KIMBERLY A. SWANK
United States Magistrate Judge